# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



13 JAN 28 PM 12:51

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>ROBERTO ISMAEL GOMEZ-MARTINEZ,<br><br>               Defendant. | CASE NO. 12CR4915-MMA<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

_X_ the Court has granted the motion to dismiss Indictment for the defendant;

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

8:1326(a) and (b) - Removed Alien Found in the United States

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/25/2013

Michael M. Anello
U.S. District Judge